# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0984. DERRICK P. TAYLOR v. THE STATE.**

In March 2017, Derrick P. Taylor pleaded guilty to one count of statutory rape and two counts of contributing to the delinquency of a minor. In March 2019, Taylor filed a pro se motion to vacate his judgment due to a lack of jurisdiction. The trial court dismissed the motion, and Taylor filed this direct appeal.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); see also *Wright v. State*, 277 Ga. 810, 811 (596 SE2d 587) (2004). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2). Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/11/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.